## WHEELER & MOTTER MERC. CO. v. BOGLE.

No. 11902—Opinion Filed Sept. 25, 1923.

Appeal and Error—Failure of Defendant in Error to File Brief—Reversal.

If, after the submission of the cause and notice to the parties to file briefs, the plaintiff in error files his brief with citation of authorities and argument reasonably tending to support errors assigned for reversal, and the defendant in error fails to prepare, serve, and file brief as required by the rules of this court, the record will not be examined for some theory upon which the ruling of the trial court may be sustained, but will be reversed and remanded.

(Syllabus by Stephenson, C.)

Commissioners' Opinion, Division No. 4.

Error from District Court, Creek County; Lucien B. Wright, Judge.

Action by Wheeler and Motter Mercantile Company against H. H. Bogle for recovery on account. Judgment for defendant. Plaintiff files motion for retrial, which is overruled, and plaintiff brings error. Reversed and remanded.

Decker & Wuildman, for plaintiff in error.

R. B. Thompson, for defendant in error.

Opinion by STEPHENSON, C. The plaintiff commenced its action on account against the defendant in the district court of Creek county. In the trial of the cause judgment went for the defendant. The plaintiff filed its motion for new trial assigning various errors. The motion was overruled by the court, and the plaintiff has brought error thereon to this court. The cause was regularly assigned with notice to the attorneys for the respective parties to prepare, serve, and file briefs. The plaintiff in error has prepared and filed its brief presenting the errors assigned for reversing the action of the trial court in overruling motion for new trial. The brief fairly shows plaintiff's right to a reversal of the cause. This court will not search the record for some theory to support the action of the trial court where the defendant in error fails to file brief, but will reverse and remand the cause. C., R. I. & P. Ry. Co. v. Weaver, 67 Okla. 293, 171 Pac. 34; Johnston v. Bradley, 60 Okla. ——, 171 Pac. 724.

Therefore it is recommended that this cause be reversed and remanded, with directions to sustain motion for new trial.

By the Court: It is so ordered.